# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1676　　　　**Short Title:** United States v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[✓] appellant(s)　　　　[ ] appellee(s)　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

s/ Andrew G. Braniff
Signature

June 16, 2026
Date

Andrew G. Braniff
Name

U.S. Dep't of Justice, Civil Rights Division, Appellate Section
Firm Name (if applicable)

202-532-3803
Telephone Number

Ben Franklin Station, P.O. Box 14403
Address

202-514-8490
Fax Number

Washington, D.C.  20044-4403
City, State, Zip Code

andrew.braniff@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1216603

Has this case or any related case previously been on appeal?

[✔] No　　　[ ] Yes　Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).