# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1676          **Short Title:** United States v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

s/ David N. Goldman
Signature

June 16, 2026
Date

David N. Goldman
Name

U.S. Dep't of Justice, Civil Rights Division, Appellate Section
Firm Name (if applicable)

202-616-9405
Telephone Number

Ben Franklin Station, P.O. Box 14403
Address

202-514-8490
Fax Number

Washington, D.C.  20044-4403
City, State, Zip Code

david.goldman@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1219642

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).