# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1676                 **Short Title:** United States v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[✔] appellant(s)            [ ] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)


s/ Meredith L. Baker                          June 16, 2026
Signature                                     Date

Meredith L. Baker
Name

U.S. Dep't of Justice, Civil Rights Division, Appellate Section    202-856-6208
Firm Name (if applicable)                     Telephone Number

Ben Franklin Station, P.O. Box 14403          202-514-8490
Address                                       Fax Number

Washington, D.C.  20044-4403                  meredith.baker@usdoj.gov
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1223456


Has this case or any related case previously been on appeal?

[✔] No            [ ] Yes   Court of Appeals No. _____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).