# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1676          **Short Title:** US v. Bellows, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Shenna Bellows, in the official capacity as Secretary of the State of Maine, and State of Maine___   as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Jonathan R. Bolton_____          June 16, 2026_____
Signature                                               Date

Jonathan R. Bolton_____
Name

Office of the Maine Attorney General___          (207) 626-8800_____
Firm Name (if applicable)                              Telephone Number

6 State House Station_____          (207) 287-3145_____
Address                                               Fax Number

Augusta, ME 04333_____          jonathan.bolton@maine.gov_____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1151469_____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).