# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26 01676          **Short Title:** US v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

John Schneck, Marpheen Chann _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

| | |
|---|---|
| */s/ David R. Fox*<br>Signature | 6/16/2026<br>Date |
| David R. Fox<br>Name | |
| Elias Law Group LLP<br>Firm Name (if applicable) | (202) 948 1135<br>Telephone Number |
| 250 Massachusetts Ave NW Ste 400<br>Address | (202) 948 4498<br>Fax Number |
| Washington, DC, 20001<br>City, State, Zip Code | dfox@elias.law<br>Email (required) |

Court of Appeals Bar Number: 1189538

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).