# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1676            **Short Title:** United States v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

League of Women Voters of Maine                                                                as the

[  ] appellant(s)             [  ] appellee(s)             [  ] amicus curiae

[  ] petitioner(s)           [  ] respondent(s)           [✔] intervenor(s)

/s/ Allan K. Townsend                                    6/16/2026
Signature                                                          Date

Allan K. Townsend
Name

Johnson, Webbert & Beard, LLP              (207) 623-5110
Firm Name (if applicable)                          Telephone Number

1 Bowdoin Mill Island, Suite 300              (207) 622-4160
Address                                                        Fax Number

Topsham, ME 04086                                  allan@work.law
City, State, Zip Code                                   Email (required)

Court of Appeals Bar Number: 99761

Has this case or any related case previously been on appeal?

[✔] No            [  ] Yes   Court of Appeals No.
==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).