# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1676          **Short Title:** United States v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

League of Women Voters of Maine _____ as the

[  ] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [✓] intervenor(s)

/s/ Sejal Jhaveri _____          06/18/2026 _____
Signature                                          Date

Sejal Jhaveri _____
Name

Campaign Legal Center _____          (202) 736 2200 _____
Firm Name (if applicable)                          Telephone Number

1101 14th St NW, Suite 400 _____          (202) 736 2222 _____
Address                                          Fax Number

Washington, DC 20005 _____          sjhaveri@campaignlegalcenter.org _____
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1224772 _____

Has this case or any related case previously been on appeal?

[✓] No          [  ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).