# United States Court of Appeals
## For the First Circuit
_____

## NOTICE OF APPEARANCE

**No.** 26-1676          **Short Title:** United States v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

John Schneck and Marpheen Chann                                        as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [✔] intervenor(s)


/s/ Christopher D. Dodge                    8/5/2026
Signature                                   Date

Christopher D. Dodge
Name

Elias Law Group LLP                         (202) 948-1135
Firm Name (if applicable)                   Telephone Number

250 Massachusetts Ave. NW, Suite 400        (202) 312-5904
Address                                     Fax Number

Washington, DC 20001                        cdodge@elias.law
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 1185553


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____
==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).