# United States Court of Appeals
## For the First Circuit
_____

## NOTICE OF APPEARANCE

**No.** 26-1676          **Short Title:** United States v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

John Schneck and Marpheen Chann _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [✓] intervenor(s)

/s/ Qizhou Ge _____          8/5/2026 _____
Signature                                        Date

Qizhou Ge _____
Name

Elias Law Group LLP _____          (202) 948-1135 _____
Firm Name (if applicable)                        Telephone Number

250 Massachusetts Ave. NW, Suite 400          (202) 312-5904 _____
Address                                        Fax Number

Washington, DC 20001 _____          age@elias.law _____
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1224619 _____

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).