# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1676          **Short Title:** United States v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
John Schneck and Marpheen Chann _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [✔] intervenor(s)

Branden D. Lewiston _____          8/5/2026 _____
Signature                                        Date

/s/ Branden D. Lewiston _____
Name

Elias Law Group LLP _____          (202) 948-1135 _____
Firm Name (if applicable)                    Telephone Number

250 Massachusetts Ave. NW, Suite 400          (202) 312-5904 _____
Address                                          Fax Number

Washington, DC 20001 _____          blewiston@elias.law _____
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1224684 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____
================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).