UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————————

No. 26-1676

UNITED STATES,

Plaintiff-Appellant,

v.

SHENNA BELLOWS, in the official capacity as Secretary of the State of Maine; STATE OF MAINE; JOHN SCHNECK; MARPHEEN CHANN; LEAGUE OF WOMEN VOTERS OF MAINE,

Defendants-Appellees.

———————————————

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Jason Anton is no longer an Assistant Attorney General in the Maine Attorney General's Office as of July 10, 2026.  On his behalf, I hereby seek leave, pursuant to Local Rule 12.0, to have Jason Anton withdrawn as counsel for Defendants-Appellees Shenna Bellows, in the official capacity as Secretary of State of Maine, and State of Maine.  These said Defendants-Appellees will continue to be represented by Assistant Attorneys General Jonathon Bolton and Jack Dafoe, who have entered their appearance on their behalf.

WHEREFORE, the undersigned respectfully requests that this Court grant leave for Jason Anton's withdrawal as counsel.

Dated: August 10, 2026

Respectfully submitted,
AARON M. FREY
Attorney General

/s/ Jonathan Bolton
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta ME  04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145
jonathan.bolton@maine.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will distribute a copy of the document to all counsel of record.

DATED:  August 10, 2026

AARON M. FREY
Attorney General

/s/ Jonathan R. Bolton
JONATHAN R. BOLTON
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333-0006
Tel.  (207) 626-8800
Fax (207) 626-8518
jonathan.bolton@maine.gov

Attorney for Defendants-Appellees