# United States Court of Appeals
## For the First Circuit

---

No. 26-1676

UNITED STATES,

Plaintiff - Appellant,

v.

SHENNA BELLOWS, in the official capacity as Secretary of the State of Maine; STATE OF MAINE; JOHN SCHNECK; MARPHEEN CHANN; LEAGUE OF WOMEN VOTERS OF MAINE,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: August 27, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellee League of Women Voters of Maine on August 17, 2026, is not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). ***The caption on the appellee's brief does not match the caption used by this court.***

Appellee League of Women Voters of Maine is ordered to file a conforming brief by **September 3, 2026**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellant's reply brief shall run from service of the last appellee's brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lindsay Feinberg, Andrew Braniff, David N. Goldman, Meredith Baker, Christopher J. Gardner, James Thomas Tucker, Jonathan Richard Bolton, Jason David Anton, Jack Dafoe, James G. Monteleone, Christopher D. Dodge, Elisabeth C. Frost, David Robert Fox, Qizhou Ge, Tori Shaw, Branden D. Lewiston, Allan K. Townsend, Maura Eileen O'Connor, Andrew B. Garber, Robert Brent Ferguson, Sejal S. Jhaveri, Zachary L. Heiden, Carol J. Garvan, Theresa J. Lee, Sophia Lin Lakin, Patricia Jia Yan, Melissa A. Hewey, John Brent Hill, Virginia Anne Williamson, Peter J. Brann, Peter F. Neronha, Nicholas W. Brown, Walter F. McKee, Noah Bokat-Lindell, Rodkangyil Orion Danjuma, Jared Fletcher Davidson, Gregory Clarick, David Kumagai, Shannon Eddy, Chris Casamassima, Sara Orton, Mairead Ahlbach, Robert N. Weiner, Samuel Ackerman, Hassan Ahmad