# United States Court of Appeals
## For the First Circuit

---

No. 26-1676

UNITED STATES,

Plaintiff - Appellant,

v.

SHENNA BELLOWS, in the official capacity as Secretary of the State of Maine; STATE OF MAINE; JOHN SCHNECK; MARPHEEN CHANN; LEAGUE OF WOMEN VOTERS OF MAINE,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: September 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

On August 24, 2026, Former Employees of the U.S. Department of Justice filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **September 16, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Lindsay Feinberg, Andrew Braniff, David N. Goldman, Meredith Baker, Christopher J. Gardner, James Thomas Tucker, Jonathan Richard Bolton, Jason David Anton, Jack Dafoe, James G. Monteleone, Christopher D. Dodge, Elisabeth C. Frost, David Robert Fox, Qizhou Ge, Tori Shaw, Branden D. Lewiston, Allan K. Townsend, Maura Eileen O'Connor, Andrew B. Garber, Robert Brent Ferguson, Sejal S. Jhaveri, Zachary L. Heiden, Carol J. Garvan, Theresa J. Lee, Sophia Lin Lakin, Patricia Jia Yan, Melissa A. Hewey, John Brent Hill, Virginia Anne Williamson, Peter J. Brann, Peter F. Neronha, Nicholas W. Brown, Walter F. McKee, Jonathan Rosenberg, Noah Bokat-Lindell, Rodkangyil Orion Danjuma, Jared Fletcher Davidson, Gregory Clarick, David Kumagai, Shannon Eddy, Chris Casamassima, Sara Orton, Mairead Ahlbach, Robert N. Weiner, Samuel Ackerman, Hassan Ahmad