**U.S. Department of Justice**

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC 20044-4403*

November 18, 2026

**VIA CM/ECF**

Anastasia Dubrovsky, Clerk of the Court
Office of the Clerk
John Joseph Moakley U.S. Courthouse
United States Court of Appeals
for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: *United States v. Bellows*, No. 26-1676 (1st Cir.)—Appellant United States' Response to Intervenors' Rule 28(j) Letter

Dear Ms. Dubrovsky:

The United States hereby responds to intervenors' Citations of Supplemental Authorities filed November 13, 2026. Intervenors cite four recent district court decisions dismissing claims brought by the United States under the Civil Rights Act of 1960 seeking unredacted statewide voter registration lists. The United States has filed notices of appeal in two of these cases, *see United States v. Raffensperger*, No. 1:26-cv-485-VMC, 2026 WL 3002013 (N.D. Ga. Sept. 30, 2026), *appeal docketed*, No. 26-14057 (11th Cir. Nov. 3, 2026); *United States v. Hobbs*, No. 3:25-cv-6078-KKE, 2026 WL 2833713 (W.D. Wash. Sept. 22, 2026), *appeal docketed*, No. 26-7368 (9th Cir. Nov. 4, 2026), and is evaluating next steps in the remaining two, *see United States v. Albence*, No. 1:25-cv-1453-RGA, 2026 WL 3407115 (D. Del. Nov. 10, 2026); *United States v. Henderson*, No. 2:26-cv-166-DBB-DAO, 2026 WL 3181405 (D. Utah Oct. 23, 2026). These recent decisions offer no unique analysis or rationale to inform the issues on appeal. A subsequent court's mere adoption of another court's reasoning does not independently strengthen that reasoning nor warrant any greater persuasive weight. Regardless of how many courts adopt the same position, the persuasive weight of that position should rest solely on its substantive merit. None of the rationales proffered by these courts in support of

dismissing the United States' complaints is persuasive for the reasons already briefed by the United States in this case.

Sincerely,

s/ Andrew G. Braniff
Andrew G. Braniff
Attorney
Appellate Section
Civil Rights Division
Andrew.Braniff@usdoj.gov
(202) 532-3803

cc: Counsel of Record (via CM/ECF)